UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAJID ALFARAG,

        Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

        Defendant.

CASE NO. 3:23-CV-5305-DGE

ORDER GRANTING EXTENSION OF TIME

The District Court has referred Plaintiff Majid Alfarag's pending Application to Proceed *In Forma Pauperis* ("IFP") and proposed complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 11-22. On April 8, 2023, Plaintiff filed a proposed civil complaint and an application to proceed *in forma pauperis* ("IFP"), that is, without paying the filing fee for a civil case. *See* Dkts. 1; 1-1.

On April 25, 2023, the Court screened Plaintiff's proposed complaint. Dkt. 3. The Court determined the proposed complaint failed to state a claim upon which relief could be granted and directed Plaintiff to file a proposed amended complaint on or before May 25, 2023. *Id*. The Court also re-noted Plaintiff's application to proceed IFP to May 25, 2023. *Id*.

On May 8, 2023, Plaintiff filed a Motion requesting an extension of time, until July 1, 2023, respond to the Court's Order. Dkt. 4. Plaintiff states he needs additional time to because he has medical problems and is attempting to hire an attorney. *Id*. After considering the relevant record, the Court grants Plaintiff's Motion (Dkt. 4) as follows: Plaintiff shall have until **July 3, 2023**, to respond to the Court's order and to file a proposed amended complaint. If Plaintiff fails to file a proposed amended complaint or otherwise respond to the Order by July 3, 2023, the Court will recommend the application to proceed IFP be denied and this case be closed.

The Clerk is directed to re-note Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is to **July 3, 2023.**

Dated this 10th day of May, 2023.

David W. Christel
Chief United States Magistrate Judge