UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAJID ALFARAG,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>                    Defendant. | CASE NO. 3:23-cv-05305-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 7) |

The Court, having reviewed *de novo* the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 7).

2. Plaintiff's application to proceed IFP (Dkt. No. 1) is DENIED, and Plaintiff's claims are DISMISSED with prejudice.

3. The Clerk is directed to send copies of this Order to Plaintiff and the Hon. David W. Christel.

Dated this 29th day of August 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 7) - 1